UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THUY XUAM PHAM | CIVIL ACTION |
| VERSUS | NO. 22-292 |
| UNIDENTIFIED DEA AGENT, *et al.* | SECTION  M (5) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation ("R&R"),[1] and plaintiff's failure to file any objections to the R&R, hereby approves the R&R and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice as time-barred and legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

New Orleans, Louisiana, this 4th day of April, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 6.